1    GEOFFREY HANSEN
     Acting Federal Public Defender
2    VARELL L. FULLER
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant KENNEDY

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10

11   UNITED STATES OF AMERICA,           )    No. CR 10-00082-EJD
                                         )
12                    Plaintiff,         )    **STIPULATION TO EXTEND SELF-**
     v.                                  )    **SURRENDER DATE; [PROPOSED]**
13                                       )    **ORDER**
                                         )
14   CHRISTOPHER KENNEDY,                 )
                                         )
15                    Defendant.         )
     _____)
16

17
                                **STIPULATION**
18
           Defendant Christopher Kennedy, by and through Assistant Federal Public Defender
19
     Varell L. Fuller, and the United States, by and through Assistant United States Attorney Hanley
20
     Chew, hereby stipulate that, with the Court's approval, the defendant's September 20, 2012, self-
21
     surrender, be extended to November 29, 2012.
22
           The defendant Christopher Kennedy was sentenced to 6 months custody following his
23
     guilty plea to violating 18 U.S.C. § 371, conspiracy to commit wire fraud.  The Court ordered
24
     Mr. Kennedy to self-surrender by 2:00 p.m. on September 20, 2012, to the institution designated
25
     by the Bureau of Prisons to serve the sentence imposed.   The reason for the requested extension
26

1    is the Court recommended that Mr. Kennedy be housed in a minimum security facility, and

2    preferably the BOP facility in Lompoc, California.  However, Mr. Kennedy was advised on

3    September 7, 2012, that the BOP has designated the Los Angeles Metropolitan Detention Center,

4    a high-rise administrative pretrial detention facility located in downtown Los Angeles, for

5    service of the sentence imposed.  Defense Counsel respectfully request a 45-day extension of

6    Mr. Kennedy's self-surrender date to permit the defense sufficient time to submit a written

7    request that the BOP reconsider Mr. Kennedy's designation and designate him to a minimum

8    security camp.  Accordingly, Mr. Kennedy respectfully request an extension of his self-surrender

9    date to November 29, 2012, for the above stated reasons.

10          Mr. Kennedy remains under Pretrial Services supervision and he has been compliant with

11   all pretrial release conditions as ordered.  On September 11, 2012, counsel for Mr. Kennedy

12   consulted with Pretrial Services Officer Jaime Carranza, who is assigned to this matter, and he

13   has no objection to the requested extension.

14          Accordingly, it is respectfully requested that the Court extend Mr. Kennedy's self-

15   surrender date to November 29, 2012.

16          IT IS SO STIPULATED.

17
     Dated:  September 11, 2012

18                                          _____/s/_____
                                            VARELL L. FULLER
19                                          Assistant Federal Public Defender

20

21   Dated:  September 11, 2012

                                            _____/s/_____
22                                          HANLEY CHEW
                                            Assistant United States Attorney
23

24

25

26

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER
No. CR 10-00082-EJD                    2

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9

10  UNITED STATES OF AMERICA,          )   No.  10-00082-EJD
                                       )
11              Plaintiff,             )   [PROPOSED] ORDER EXTENDING
                                       )   SELF-SURRENDER DATE
12  vs.                                )
                                       )
13  CHRISTOPHER KENNEDY,               )
                                       )
14              Defendants.            )
    _____)

15

16

17       GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY

    ORDERED that Mr. Kennedy's self-surrender date is extended from September 20, 2012, to
18
    November 29, 2012.
19
         IT IS SO ORDERED.
20
    Dated:  September 12, 2012       _____
21
                                     HON. EDWARD J. DAVILA
                                     United States District Court Judge
22

23

24

25

26

STIPULATION TO EXTEND SURRENDER
DATE; [PROPOSED] ORDER
No. CR 10-00082-EJD                        3